UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 02-763 ADM/SRN

ALLA BOGDAN, YEVGENIYA BOGDAN, and ROMAN BOGDAN,

Plaintiffs,

v.

JOHN ASHCROFT, Attorney General, CURTIS ALJETS, District Director of Immigration and Naturalization Service, Bloomington, MN and JAMES W. ZIGLAR, Commissioner of Immigration and Naturalization Service,

Defendants.

**STIPULATION AND ORDER**

Plaintiff's Alla Bogdan, Yevgeniya Bogdan and Roman Bogdan through their attorney, Barton C. Winter and defendant's through their counsel, Assistant United States Attorney Mary Jo Madigan, hereby stipulate and agree as follows:

1) This Complaint was served on the Office of the United States Attorney on or about April 10, 2002; and

2) The time for defendants to answer or otherwise plead has elapsed; and

3) Counsel for the parties have been in discussions for several weeks regarding the mootness of the issues in the complaint; and

4) Counsel for the plaintiff has stated there is a probability he will dismiss the complaint but needs more time to clarify issues with Immigration and Naturalization Service; and

JUL 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5) Counsel for the parties have agreed to extend the deadline for defendant's to answer until August 2, 2002.

Dated: 07/01/02

Barton C. Winter
Barton Law Office
Attorney ID Number
1 Five Oaks Lane
Birchwood, MN 55110
Telephone: (651) 429-2766

Attorney for Plaintiffs

Dated: 7/8/02

THOMAS B. HEFFELFINGER
United States Attorney

MARY JO MADIGAN
Assistant U.S. Attorney
Attorney ID Number 66266
600 United States Courthouse
300 South Fourth Street

Minneapolis, MN 55415
Telephone: (612) 664-5600

Attorneys for Defendant

**ORDER**

**WHEREFORE,** based on the agreement of the parties, it is hereby **ORDERED** that defendants shall have up to and including August 2, 2002 to respond to the complaint.

Dated: July 9, 2002

Susan Richard Nelson
United States Magistrate Judge