AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

All Bogdan, Yevgeniya Bogdan and Roman Bogdan

V.

John Ashcroft, Attorney General; Curtis J. Aljets, District Director of INS, Bloomington, MN; and James W. Ziglar, Commissioner of INS

## JUDGMENT IN A CIVIL CASE

Case Number: 02-763 ADM/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss or for summary judgment is GRANTED.
2. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

December 4, 2002
Date

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk

Modified:11/20/02